**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DONALD NIXON, on behalf of himself and all
others similarly situated

                 Plaintiffs,

         -against-

THE BIG CHILL, INC.,

                 Defendants.

Case No. 1:20-cv-02254-JGK

**NOTICE OF VOLUNTARY**
**DISMISSAL AS TO**
**THE BIG CHILL, INC**.

Plaintiff by and through their undersigned counsel, hereby agree to the dismissal without prejudice of this action as to THE BIG CHILL, INC., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated:    Forest Hills, New York
          April 14, 2020

SO ORDERED.

         /s/ John G. Koeltl
New York, NY     John G. Koeltl
April 16, 2020     U.S.D.J.

Respectfully submitted,

By: */s/Jonathan Shalom*
Jonathan Shalom, Esq.
Shalom Law, PLLC
105-13 Metropolitan Avenue
Forest Hills, New York 11375
Tel: (718) 971-9474
Email: Jshalom@JonathanShalomLaw.com

*ATTORNEYS FOR PLAINTIFF*